IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| TRAVIS LEROY BALL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| VS. | : | NO. 5:23-cv-85-TES-MSH |
| | : | |
| Judge BRENDA TRAMMELL, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Plaintiff Travis Leroy Ball, a prisoner in the Coffee Correctional Facility in Nicholls, Georgia, filed a 42 U.S.C. § 1983 action. [Doc. 1]. He moved to proceed *in forma pauperis* but failed to include a certified copy of his trust fund account statement. [Doc. 2]. On March 29, 2023, the Court ordered Plaintiff to provide a certified copy of his trust fund account statement, which should include a copy of his transactions for the past six months. [Doc. 5]. Plaintiff failed to respond. On April 24, 2023, the Court ordered Plaintiff to show cause why his action should not be dismissed for failure to follow the Court's March 29, 2023 Order. [Doc. 6]. Plaintiff was given fourteen days to respond but failed to do so.

Plaintiff notified the Court that he was transferred to Georgia Diagnostic and Classification Prison in Jackson, Georgia. [Doc. 7]. According to the Court's May 15, 2023 Order, "[a] check of the Georgia Department of Corrections website, however,

shows he is incarcerated in the Coffee Correctional Facility in Nicholls, Georgia." [Doc. 8, p. 1]; [Doc. 10]. Plaintiff may not have received a copy of the April 24, 2023 Order to Show Cause because of his transfers. On May 17, 2023, the Court mailed a copy of the Order to Show Cause to Plaintiff and gave him fourteen days to respond. [Doc. 8]. The May 17, 2023 Order was resent to Plaintiff at the Coffee Correctional Facility on May 30, 2023. [Doc. 10]. Plaintiff has not responded.

Due to Plaintiff's failure to follow the Court's Orders and prosecute this action, the case is hereby **DISMISSED WITHOUT PREJUDICE**. Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Ctny. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED**, this 27th day of June, 2023.

S/ Tilman E. Self, III
**JUDGE TILMAN E. SELF, III**
**UNITED STATES DISTRICT COURT**