IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TRAVIS LEROY BALL, | * |
| Plaintiff, | * |
| v. | Case No.  5:23-cv-00085-TES-MSH |
| | * |
| Judge BRENDA TRAMMELL, et al, | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 27, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 28th day of June, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk